UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANZA SPRINGS RESORT LLC ) | CASE NO.  07 CV 795 BEN (WMc) |
| ) | |
| Plaintiff, ) | Honorable Roger T. Benitez |
| ) | Courtroom 3 |
| vs. ) | |
| ) | **DEFAULT JUDGMENT** |
| MIRACLE HEAT, INC.; and DOES 1-25, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This action came on for hearing before the United States District Court, Southern Division, on October 1, 2007, the Honorable Roger T. Benitez District Judge Presiding, on an Application for Default Judgment by Court.  Notice of the proceeding was served on Defendant Miracle Heat, Inc. on August 17, 2007.  Based upon the evidence presented in the unopposed Application for Default Judgment by Court, and with no appearances made at the hearing, the court has fully considered the evidence and issues before it, and a decision duly rendered,

IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of Plaintiff DeAnza Springs Resort LLC in the amount of Two Hundred Ninety Nine Thousand, One Hundred and Twenty Seven dollars and eighty eight cents ($299,127.88).

DATED: October 3, 2007

_____
Hon. Roger T. Benitez
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28